UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-62230-WPD

HOWARD COHAN,

    Plaintiff,

v.

FOGO DE CHAO CHURRASCARIA
(FORT LAUDERDALE) LLC,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 15], filed herein on April 16, 2024. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice; and

3. The Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 17th day of April 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record